# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH ILER, individually and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC,<br><br>Defendant. | Case No.: 24-CV-1767 TWR (KSC)<br><br>**ORDER APPROVING STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND PAGA CLAIMS WITHOUT PREJUDICE**<br><br>(ECF Nos. 11, 12) |

Presently before the Court is Plaintiff Cherish Iler and Defendant Driftwood Hospitality Management II, LLC's Stipulation to Dismiss Individual Claims with Prejudice and PAGA Claims Without Prejudice ("Stip.," ECF Nos. 11, 12), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court **APPROVES** the Parties' Stipulation. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the claims in the Complaint asserted in Plaintiff's individual capacity and

/ / /
/ / /
/ / /
/ / /
/ / /

1 | **DISMISSES WITHOUT PREJUDICE** the claims asserted on behalf of other allegedly
2 | aggrieved persons under California's Private Attorneys General Act of 2004.
3 |     **IT IS SO ORDERED.**
4 | Dated: March 17, 2025

_____
Honorable Todd W. Robinson
United States District Judge